STATE OF NEW JERSEY v. HELEN MAE REINHARDT.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE NEELY.

October 29, 1985.

Petition for certification denied.

GREAT SOUTHWEST FIRE INSURANCE COMPANY v. BOLIVAR AND ANGELA GONZALES.

October 29, 1985.

Petition for certification denied.

LORRAINE FAY WURTZEL v. ROLAND WERRES, M.D.

IN THE MATTER OF THE APPLICATION OF MEDVIN & ELBERG, ESQS., FOR FEES PURSUANT TO R. 1:21-7(F).

October 29, 1985.

Petition for certification denied.   (See 201 *N.J.Super.* 544)